NUMBER 13-07-472-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________ 
 

THE STATE OF TEXAS, Appellant,


v.



APOLONIO GARZA, JR., Appellee.

______________________________________________________ _____


On appeal from the 329th District Court


of Wharton County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Benavides 


Memorandum Opinion Per Curiam



 Appellant, the State of Texas, by and through its District Attorney, has filed an
amended motion to dismiss its appeal. See Tex. R. App. P. 42.2(a). No decision of this
Court having been delivered to date, we GRANT the motion and DISMISS the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith. Other pending motions, if any, are
DISMISSED AS MOOT.

 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b). 


Memorandum Opinion delivered and filed

this 21st day of February, 2008.